UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jason Bryan Parnell**                   **Docket No. 5:23-CR-231-1M**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason Bryan Parnell, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 25, 2024, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Jason Bryan Parnell was released from custody on April 18, 2025, at which time the term of supervised release commenced.

On May 15, 2025, the defendant submitted a drug screen that was positive for methamphetamine. The defendant was instructed to complete substance abuse treatment and continue submitting drug screens through the Surprise Urinalysis Program. The court agreed to continue the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 28, 2025, the defendant submitted a drug screen that tested positive for methamphetamine. When confronted with the results, the defendant admitted to using methamphetamine on July 27, 2025. As a result of this positive drug screen, this officer instructed the defendant to complete inpatient substance abuse treatment.

Additionally, as a sanction for his continued methamphetamine use, the defendant agreed to participate in the Location Monitoring Program for a period of 90 days. In order to accommodate the defendant's treatment needs, it is respectfully requested that the 90-day term of Location Monitoring be imposed following the successful completion of his inpatient treatment program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. Imposition of this condition will begin upon the defendant's completion of inpatient treatment.

Except as herein modified, the judgment shall remain in full force and effect.

Jason Bryan Parnell
Docket No. 5:23-CR-231-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-929-0768
Executed On: August 14, 2025

### ORDER OF THE COURT

Considered and ordered this __18th__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge